# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 5D2025-0454
LT Case No. 55-2024-CA-881

————————————————

JEFFREY NOLAN and CATHERINE
NOLAN,

    Appellants,

    v.

GOLDEN ACORN ENTERPRISES,
LLC,

    Appellee.

————————————————

Nonfinal appeal from the Circuit Court for St. Johns County.
Kenneth James Janesk, II, Judge.

Nicholas W. Morcom and Carolyn J. Whitmore, of Woolsey
Morcom, PLLC, Ponte Vedra, for Appellants.

Zachary W. Miller, of Miller Law, Ponte Vedra Beach, for
Appellee.

November 25, 2025

PER CURIAM.

    AFFIRMED.

LAMBERT, EISNAUGLE, and KILBANE, JJ., concur.

————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————